Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  19−14675−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kristi Louise Frick
   133 Rockport Drive
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−9999

Employer's Tax I.D. No.:

_____

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 27, 2019.

On August 14, 2019, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                     September 25, 2019
Time:                     10:00 AM
Location:                 Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
       a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secure claim, such holders acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
       the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 15, 2019
JAN: jpl

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-14675-ABA
Kristi Louise Frick                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 2          Date Rcvd: Aug 15, 2019
                             Form ID: 185           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
db            +Kristi Louise Frick,    133 Rockport Drive,    Egg Harbor Township, NJ 08234-5965
518069265     +Annie-Mac Home MortgageM,    1 Corporate Drive 360,    Lake Zurich, IL 60047-8945
518069267     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982238,   El Paso, TX 79998)
518163386     +BANK OF AMERICA, N.A.,    Frenkel Lambert Weiss Weisman & Gordon,,    80 West Main Street,
               Suite 460,    West Orange, NJ 07052-5414
518251068      BANK OF AMERICA, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
518069266     +Bank America,    4909 Savarese Circle,    FL19080147,    Tampa, FL 33634-2413
518103067     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518069268     +Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
518069270     +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
518069269      Chase Bank,    PO Box 1423,    Charlotte, NC 28201-1423
518227834     +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518069271      Chase Cardmember Services,    PO Box 15548,    Wilmington, DE 19886-5548
518069272     +Citi Bank,    PO Box 6241,    Sioux Falls, SD 57117-6241
518243279     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518069273      Hayt, Hayt & Landau, LLC,    Meridian Center 1,    Two Industrial Way West,    PO Box 500,
               Eatontown, NJ 07724-0500
518162631     +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
518069276     +Raymour and Flanigan,    1000 Macarthur BV,    Mahwah, NJ 07430-2035
518233413     +SPECIALIZED LOAN SERVICING, LLC,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
               Westmont, NJ 08108-2812
518069277     +Selip & Stylianou,    PO Box 363,    Woodbury, NY 11797-0363
518250262     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
518126652     +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
518128847     +TD Bank, N.A.,    Schiller Kanpp Lefkowitz & Hertzel, LLP,    30 Montgomery Street, Suite 1205,
               Jersey City, NJ 07302-3835
518223942     +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
               Dallas, TX 75380-0849
518069280     +Tenaglia & Hunt,    395 West Passaic Street,    Suite 205,    Rochelle Park, NJ 07662-3016
518069281     +United Collection Bueau, Inc.,    5620 Southwyck Blvd.,    Suite 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 23:57:19     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 23:57:16     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518069264      E-mail/Text: mtamsett@adminrecovery.com Aug 15 2019 23:57:40     Admin Recovery, LLC,
               45 Earhard Drive,    Suite 102,    Williamsville, NY 14221-7809
518069274     +E-mail/PDF: pa_dc_claims@navient.com Aug 15 2019 23:59:13     Navient,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
518244968      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2019 23:59:11
               Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
               Norfolk VA 23541
518069275      E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 23:59:03     PayPal Credit,    PO Box 105658,
               Atlanta, GA 30348-5658
518251014     +E-mail/Text: bncmail@w-legal.com Aug 15 2019 23:57:26     SYNCHRONY BANK,
               c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518070659     +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 23:59:37     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518069278     +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 23:59:37     Synchrony Bank,    PO Box 965036,
               Orlando, FL 32896-5036
518069279      E-mail/Text: bankruptcy@td.com Aug 15 2019 23:57:21     TD Bank,    32 Chestnut Street,
               Lewiston, ME 04240-7765
                                                                                    TOTAL: 10

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:
    Andrew L. Miller    on behalf of Debtor Kristi Louise Frick millerar85252@notify.bestcase.com
    Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
    dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
    Douglas J. McDonough   on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
    summarymail@standingtrustee.com
    Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
    rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 7