UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW L. MILLER, ESQ.
LAW OFFICE OF ANDREW L. MILLER
1550 New Road
Suite A
Northfield, NJ 08225
(609) 645-1599(p)
(609) 645-7554(f)
Andrewmiller@almlaw.com

In Re:
KRISTI FRICK

Order Filed on July 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-14675
Chapter: 13
Judge: ABA

**ORDER AUTHORIZING RETENTION OF**

DOUGLAS R. KURTZ

The relief set forth on the following page is **ORDERED**.

**DATED: July 20, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____DOUGLAS R. KURTZ_____
as _____Real Estate Agent_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  BHHS Fox & Roach
   128 South New Rd. Route 9 Suite B4
   Galloway, NJ 08205

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*