UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-14675 |
|---|---|---|
| KRISTI FRICK | Chapter: | 13 |
| | Judge: | ABA |

## NOTICE OF PROPOSED PRIVATE SALE

Debtor, Kristi Frick, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court,  U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on 09/14/2021 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4B, U.S. Courthous, 400 Cooper Street, 4th Floor, C. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
Real estate owned by Debtor and located at 133 Rockport Drive, Egg Harbor Township, NJ 08234

Proposed Purchaser:
Anthony Bayham & Ariana Hellein, 1310 Boardwalk, Ocean City, NJ 08226

Sale price: $425,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | BHHS Fox & Roach + Andrew L. Miller, Esq. |
|---|---|
| Amount to be paid: | R/E Agent: 5%  commissions; ALM, $325.00 hr/with $2,500.00 retainer. |
| Services rendered: | R/E Agent: BHHS Fox & Roach: Listing and sale of single family 2 story colonial home located at 133 Rockport Dr., EHT, NJ & assistance of prep for closing. Andrew L. Miller, Esq., Review of contract, required negotiations, assisting with preparation of closing documents, review of closing documents, attendance at closing & assistance as needed with mortgage process. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrew L. Miller, Esq.

Address: 1550 New Road, Suite A, Northfield, NJ 08225

Telephone No.: (609) 645-1599 (p) (609) 645-7554(F)

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Kristi Louise Frick  
    Debtor

Case No. 19-14675-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 16, 2021      Form ID: pdf905      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kristi Louise Frick, 133 Rockport Drive, Egg Harbor Township, NJ 08234-5965 |
| r | | Douglas R. Kurtz, BHHS Fox & Roach, 128 South New Rd. Route 9, Suite B4, Galloway, NJ 08205 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518069265 | + | Annie-Mac Home MortgageM, 1 Corporate Drive 360, Lake Zurich, IL 60047-8945 |
| 518069267 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 518251068 | | BANK OF AMERICA, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518163386 | + | BANK OF AMERICA, N.A., Frenkel Lambert Weiss Weisman & Gordon,, 80 West Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 518069266 | + | Bank America, 4909 Savarese Circle, FL19080147, Tampa, FL 33634-2413 |
| 518103067 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518227834 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518069273 | | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 518834176 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518834177 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 518162631 | + | Navient Solutions, LLC. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 518069276 | #+ | Raymour and Flanigan, 1000 Macarthur BV, Mahwah, NJ 07430-2035 |
| 518233413 | + | SPECIALIZED LOAN SERVICING, LLC, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518069277 | | Selip & Stylianou, PO Box 363, Woodbury, NY 11797-0363 |
| 518250262 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518128847 | + | TD Bank, N.A., Schiller Kanpp Lefkowitz & Hertzel, LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518126652 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 518223942 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 518069280 | + | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518069281 | + | United Collection Bueau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 16 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 16 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518069268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2021 20:47:24 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518069272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2021 20:47:15 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |

Case 19-14675-ABA    Doc 60    Filed 08/18/21    Entered 08/19/21 00:10:25    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2021 | Form ID: pdf905 | Total Noticed: 41 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518243279 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2021 20:47:15 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518069269 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 16 2021 20:47:06 | Chase Bank, PO Box 1423, Charlotte, NC 28201-1423 |
| 518069270 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 16 2021 20:47:21 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 518069271 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 16 2021 20:47:21 | Chase Cardmember Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 518579270 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2021 20:47:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579269 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2021 20:47:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518069274 | + | Email/PDF: pa_dc_claims@navient.com | Aug 16 2021 20:47:23 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 518244968 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2021 20:47:23 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518069275 | | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 20:47:21 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518251014 | + | Email/Text: bncmail@w-legal.com | Aug 16 2021 20:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518530936 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 20:47:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518069278 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 20:47:21 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 518070659 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 20:47:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518069279 | | Email/Text: bankruptcy@td.com | Aug 16 2021 20:37:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240-7765 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518069264 | ## | Admin Recovery, LLC, 45 Earhard Drive, Suite 102, Williamsville, NY 14221-7809 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 16, 2021 | Form ID: pdf905 | Total Noticed: 41

Date: Aug 18, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

**Name**                **Email Address**

Andrew L. Miller
on behalf of Debtor Kristi Louise Frick millerar85252@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
on behalf of Creditor BANK OF AMERICA N.A. DMcDonough@flwlaw.com

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rebecca Ann Solarz
on behalf of Creditor SPECIALIZED LOAN SERVICING LLC rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8