UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
Specialized Loan Servicing, LLC

In Re:

Kristi Louise Frick,, Debtor(s)

Case No.:    19-14675 ABA

Chapter:    13

Hearing Date:    8/31/2021

Judge:    Andrew B. Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Limited Response to Motion to Sell filed 8/23/2021, Docket number 62.

_____

Date: 8/24/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*