UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDREW L. MILLER, ESQ.
LAW OFFICE OF ANDREW L. MILLER
1550 New Rd.
Suite A
Northfield, NJ 08225
(609) 645-1599(p)
609) 645-7554(f)
andrewmiller@almlaw.com

In Re:
KRISTI FRICK

**Order Filed on September 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 19-14675 |
| Hearing Date: | September 14, 2021 |
| Chapter: | 13 |
| Judge: | ABA |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: September 14, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 133 Rockport Dr, Egg Harbor Township, NJ 08234 _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒  In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | BHHS Fox & Roach, listing & sales Agent & Andrew L. Miller, Esq. |
| Amount to be paid: | BHHS Fox & Roach: 5% commissions & Andrew L. Miller: $325.00 hr. |
| Services rendered: | BHHS Fox & Roach: Listing and sale of single family 2 story colonial home located in EHT, NJ and assistance of prep for closing. |
| | Attorney, Andrew L. Miller:  Review of contract, negotiations of sale of home, assisting with preparation of the closing documents, review of closing documents, attendance at closing and assistance with mortgage process on an as need basis. |

**OR:** ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____00.00_____claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other Provisions:

   a.  Bank of America is to be paid in full  pursuant to a payoff quote

       valid through the date of closing unless Bank of America agrees

       to a short payoff, in writing, for the Subject Property.

*rev.8/1/15*